448 F.2d 36
 GYPSUM TRANSPORTATION LIMITED, Plaintiff-Appellant,
v.
BOARD OF COMMISSIONERS OF the PORT OF NEW ORLEANS, Defendant-Appellee.
 No. 71-1348 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 May 27, 1971.
 
 Paul A. Nalty, New Orleans, La., for plaintiff-appellant.
 Cornelius G. Van Dalen, New Orleans, La., for defendant-appellant.
 Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966